

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2023

No. 04-22-00753-CV

**IN RE JUNIPER VENTURES OF TEXAS, LLC**

Original Mandamus Proceeding[1]

**ORDER**

On November 7, 2022, relator filed a petition for writ of mandamus. Subsequently, real party in interest filed a response.

We **CONDITIONALLY GRANT** the petition for writ of mandamus and order the trial court, the Honorable Cynthia Marie Chapa, to, within fifteen days of the date this order issues, vacate the September 20, 2022 "Order Granting Plaintiff's Motion to Compel Net Worth Discovery for Gross Negligence Claims Against Juniper Ventures of Texas, LLC" in the underlying proceeding. *See* TEX. R. APP. P. 52.8(c).

We are confident the trial court will comply; our writ will issue only if it does not.

It is so **ORDERED** on March 8, 2023.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CI17726, styled *Josefa Jara Delgadillo vs. Juniper Ventures of Texas, LLC d/b/a Fischer's Neighborhood Market #21*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.